**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**, <br>                                          Plaintiff, <br><br>               v. <br><br> **BRIAN PAPPAS;** <br> **CREATIVE LEARNING CORP.;** <br> **DANIEL O'DONNELL; and** <br> **MICHELLE COTE** <br>                                          Defendants. | C.A. No. 3:17-cv-954-TJC-JRK |

## SEC'S MOTION TO ENTER FINAL JUDGEMENTS BY CONSENT

The U.S. Securities and Exchange Commission ("Commission" or "SEC") requests that the Court enter final judgments by consent as to three of the four defendants in this action, i.e., Creative Learning Corporation ("CLCN"), Daniel O'Donnell ("O'Donnell"), and Michelle Cote ("Cote").

The Complaint was filed on August 21, 2017. The Complaint alleges that CLCN and three of its former officers engaged in multiple violations of the securities laws, beginning in 2011 and continuing into early 2015. The Complaint further alleges that CLCN's former Chief Executive Officer, defendant Brian Pappas, also violated the securities laws in 2017.

Defendants CLCN, O'Donnell, and Cote have agreed to settle this matter. For each of these settling defendants, the Commission is submitting with this motion a signed Consent in which the defendant agrees to entry of an accompanying Final Judgment. Each Consent indicates that the defendant agrees to entry of the final judgment without further notice. CLCN Consent at ¶¶ 2, 13; O'Donnell Consent at ¶¶ 2, 15; Cote Consent at ¶¶ 2, 15.

Defendant Brian Pappas has not agreed to settlement.

Wherefore, the Commission requests that the Court enter the proposed final judgments as to defendants CLCN, O'Donnell, and Cote.

| | |
|---|---|
| Date: August 22, 2017 | Respectfully submitted, |

<u>/s/ H. Michael Semler</u>
H. Michael Semler, Trial Counsel
   District of Columbia Bar No. 162479
   202-551-4429
   semlerm@sec.gov
Matt Reilly
   New York Bar No. 5130935
   202-551-5478
   reillym@sec.gov
Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC  20549
Attorneys for Plaintiff

Of counsel:
Antonia Chion
Melissa R. Hodgman
Kevin Guerrero
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5041

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I filed a copy of the foregoing SEC'S MOTION TO ENTER FINAL JUDGEMENTS BY CONSENT with the Court using the CM/ECF system and caused a copy of that motion to be sent via UPS overnight delivery to each of the following:

Brian Pappas
796 Cypress Crossing Trail
St. Augustine, Fla. 32095
*Defendant*

David J. Stetler, Esq.
Law Offices of David J. Stetler
1 East Wacker Drive
Suite 2600
Chicago, IL 60601
*Counsel for Defendant Creative Learning Corp.*

Chris Gair, Esq.
Gair Eberhard Nelson Dedinas Ltd
East Wacker Drive
Suite 2600
Chicago, IL 60601
*Counsel for Defendant Daniel O'Donnell*

Terence H. Campbell, Esq.
Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd
33 North Dearborn Street
Suite 600
Chicago, IL 60602
*Counsel for Defendant Michelle Cote*

/s/ H. Michael Semler
H. Michael Semler